**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**PECOLIA DIGGS**                                                                      **PLAINTIFF**

**v.**                                       **3:06CV00213-WRW**

**OSCEOLA POLICE DEPT.**                                        **DEFENDANT**

## JUDGMENT

In accordance with the Court's Order entered this date, it is Considered, Ordered and Adjudged that the claims of Plaintiff Pecolia Diggs, should be, and hereby are, DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 18th day of January, 2007.

                                                                         /s/Wm. R. Wilson, Jr.
                                                UNITED STATES DISTRICT JUDGE